**2006–0019. State v. Naugler.**

Madison App. No. CA2004–09–033, 2005-Ohio-6274. Discretionary appeal accepted; cause held until further notice by the court; and briefing schedule stayed.

RESNICK and O'CONNOR, JJ., dissent.

**2006–0022. State v. Palmer.**

Portage App. No. 2004–P–0106, 2005-Ohio-6710. Discretionary appeal accepted and cause consolidated with 2006–0370, *State v. Palmer,* Portage App. No. 2004–P–0106, 2005-Ohio-6710.

O'DONNELL, J., dissents.

**2006–0034. Preferred Capital, Inc. v. Ferris Bros., Inc.**

Summit App. Nos. 22581, 22604, 22605, 22606, 22607, 22608, 22609, 22610, 22611, 22612, 22613, 22614, 22615, 22616, 22617, 22618, and 22619, 2005-Ohio-6221. Discretionary appeal accepted; cause held for the decision in 2005–2134, *Preferred Capital, Inc. v. Power Eng. Group, Inc.,* Summit App. Nos. 22475, 22476, 22477, 22478, 22485, 22486,22487, 22488, 22489, 22497, 22499, 22506, and 22513, 163 Ohio App.3d 522, 2005-Ohio-5113; and briefing schedule stayed.

RESNICK, J., dissents.

**2006–0105. State v. Tooley.**

Portage App. No. 2004–P–0064, 2005-Ohio-6709. Discretionary appeal accepted and cause consolidated with 2006–0216, *State v. Tooley,* Portage App. No. 2004–P–0064, 2005-Ohio-6709.